# United States Court of Appeals
## For the First Circuit

No. 02-1818

UNITED STATES OF AMERICA,

Appellee,

v.

JORGE A. VÁZQUEZ-RIVERA,

Defendant, Appellant.

**JUDGMENT**

Entered: May 18, 2005

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 5/18/2005

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Jorge A. Vazquez-Rivera is affirmed and the sentence imposed by the district court is vacated. The matter is remanded to the district court for resentencing in accordance with the Sentencing Reform Act of 1984, Pub. L. 98-473, Title II, §§ 211-238, 98 Stat. 1987 (1984), as altered in Booker.

By the Court:
Richard C. Donovan, Clerk

**JULIE GREGG**

By: Julie Gregg, Operations Manager

[Certified copies to Hon. Salvador E. Casellas and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Ms. Torres-Pabon, Mr. Perez-Sosa, Mr. Rieckehoff & Mr. DeAngelo.]