AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ FOR THE JUDICIAL _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                    **APPEARANCE**

                    v.                    CRIMNAL NO. 99-170

JORGE A. VAZQUEZ-RIVERA


To the Clerk of this court and all parties of record:


     Enter my appearance as counsel in this case for the United States of America.

     RESPECTFULLY SUBMITTED,

     In San Juan, Puerto Rico on this 29th day of July, 2005.


                         H. S. GARCIA
                         United States Attorney


                         S/ _Judith Vargas_
                         Judith Vargas - USDC No. 219914
                         Attorney for Plaintiff
                         United States Attorney's Office
                         Torre Chardón, Suite 1201
                         350 Carlos Chardón Street
                         San Juan, Puerto Rico 00918
                         Tel: (787) 766-5656
                         Fax: (787) 771-4050
                         Email: judith.vargas@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel.

At San Juan, Puerto Rico this 29th day of July, 2005.


S/ *Judith Vargas*
Attorney for Plaintiff