IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA '
    Plaintiff, '
    v. ' **CRIMINAL NO. 99-170(3)(SEC)**
JORGE A. VAZQUEZ-RIVERA, '
    Defendant. '
_____ '

**ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER**

BY ORDER OF HONORABLE SALVADOR E. CASELLAS, U.S. District Judge: The Federal Public Defender is hereby appointed to represent defendant **Jorge A. Vázquez-Rivera** in this case until the same is terminated or a substitute attorney is appointed.

A **RE-SENTENCING HEARING is hereby set for SEPTEMBER 2, 2005 at 9:30 a.m. in the Old San Juan Courthouse, before Judge Salvador E. Casellas**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23rd day of August, 2005.

                                                 FRANCES RIOS DE MORAN
                                                  Clerk of the Court

                                               By: S/*Sulma López-Defilló*
                                                    Courtroom Deputy Clerk