UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JORGE VAZQUEZ-RIVERA,<br><br>Defendant | CRIMINAL 99-170 (SEC) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned attorney as counsel for the defendant Jorge A. Vazquez-Rivera.

2. All notifications and filings, electronic or otherwise, made in the above-captioned matter should be notified to the undersigned attorney.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 26th day of August, 2005.

S/JOSEPH C. LAWS, JR.
Joseph C. Laws, Jr.
Federal Public Defender
USDC-PR 120306
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Joseph_Laws@fd.org