UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JORGE VAZQUEZ-RIVERA<br><br>Defendant | CRIMINAL 99-170 (CCC) |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

TO THE HONORABLE COURT:

**COMES NOW**, defendant, represented by the Federal Public Defender and very respectfully state, alleges and prays as follows:

1. That on May 18, 2005, the above-captioned case was remanded to this Honorable Court for re-sentencing. (Docket No. 293.)

2. That this Honorable Court has scheduled defendant's re-sentencing for September 2, 2005. (Docket Nos. 298, 300.)

3. That on August 23, 2005, this Honorable Court appointed the Federal Public Defender to represent the defendant. (Docket No. 299.)

4. That because defendant's case was not handled by the Federal Public Defender's office in the previous stages, there are many documents to be reviewed and information to be gathered in order to adequately prepare to represent defendant at re-sentencing.

5.   That in view of the above, it is respectfully requested that this Honorable Court grant the defendant an extension of time of at least two weeks from the date the re-sentencing is originally scheduled.

6.   That the undersigned attorney believes such an extension of time will not prejudice any of the parties or unduly delay the proceedings.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and that the requested extension of time be granted.

**I HEREBY CERTIFY** that on this date I electronically filed the present memorandum with the Clerk of Court using the CM/ECF system which will sent electronic notification of said filing to: the United States Attorney's Office, District of Puerto Rico (Attn: AUSA Judith Vargas).

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 26th day of August, 2005.

S/JOSEPH C. LAWS, JR.
Joseph C. Laws, Jr.
Federal Public Defender
USDC-PR 120306
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Joseph_Laws@fd.org