# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO         DATE: September 30, 2005

COURT REPORTER: Diane BREAZ         **CRIM. NO. 99-170 (3) (SEC)**

COURT INTERPRETER: HILDA GUTIERREZ

==================================================================
                              Attorneys:

UNITED STATES OF AMERICA              AUSA, Sonia Torres

vs.

JORGE VAZQUEZ-RIVERA (3)              AFPD, Hector Ramos-Vega

==================================================================

The defendant is present in court. He is _X_ under custody ___ on bond.

CASE CALLED FOR RE-SENTENCE.

Corrections to the pre-sentence report requested by:         ___ None requested

_X_ the defense. They are _X_ granted   ___ denied   ___ noted

___ the government. They are ___ granted   ___ denied   ___ noted

Statements in mitigation are presented by:

_X_ counsel for the _X_ defendant _X_ government.

___ Recommendations from the government and the defense are stated for the record.

The Court gives its statement of reason.

99-cr-170 (03)(SEC)
Jorge Vazquez-Rivera

**IT IS THE JUDGMENT OF THE COURT** as to count  **210  MONTHS**.

SUPERVISED RELEASE TERM of    **3 YEARS**.

Fine:  -0-        Restitution: _____     Special Monetary Assessment:  $100.00

All terms and conditions are specified in the judgment form.

___ Any remaining counts as to this defendant are ordered dismissed.

___ Voluntary surrender is requested.   It is ___ granted    ___ denied

*S/ Sulma López-Defilló*
Courtroom Deputy Clerk