UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JORGE VAZQUEZ-RIVERA,<br><br>Defendant | CRIMINAL 99-170 (SEC) |

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

**COMES NOW**, the defendant, Jorge A. Vazquez-Rivera, represented by the undersigned attorney and very respectfully states, alleges and prays as follows:

1. That notice is hereby given that Jorge A. Vazquez-Rivera, the defendant in the above-captioned matter, hereby **appeals** to the United States Court of Appeals for the First Circuit the judgment, sentence and order of commitment issued by this Honorable Court on September 30, 2005. (Docket No. 310.)

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of the above.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 4th day of October, 2005.

*S/Hector L. Ramos-Vega*
Hector L. Ramos-Vega
Research & Writing Specialist
Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org

2

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

*S/Hector L. Ramos-Vega*
Research & Writing Specialist
Federal Public Defender