## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** October 25, 2005

**DC #:** 99-170 (SEC)

**APPEAL FEE PAID:**   YES ____   NO  X

**CASE CAPTION:**   USA   v.   Soto-Anadón
                    Defendant:   Jorge A. Vázquez-Rivera (3)

**IN FORMA PAUPERIS:**   YES  X   NO ____

**MOTIONS PENDING:**   YES ____   NO  X

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Amended Judgment imposed on 09/30/05 and entered on 10/04/05

**SPECIAL COMMENTS:**   Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                           **VOLUMES:**

**Docket Entries**   265,294,295,306,308,309,310,311                         I


I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk