IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ROBERTO HIPOLITO SOTO-ANADON<br>2) CARLOS EMILIO SILVA-GALINDO<br>3) JORGE VAZQUEZ-RIVERA<br>4) DAVID MUÑIZ-GALLEGO<br>Defendant | CRIMINAL 99-0170CCC |

**O R D E R**

Since this case was withdrawn from the undersigned's criminal docket and reassigned to Judge Casellas on April 15, 2002 by the Review Committee created by the Judicial Council of the Court of Appeals for the First Circuit (see Misc. 02-55), the undersigned shall not intervene in the disposition of the Motion Notifying Violations of Supervised Release Conditions filed by U.S. Probation Officer Damarys I. Tellado on October 28, 2005 as to defendant Carlos Emilio Silva-Galindo (docket entry 315). The Clerk of Court to proceed accordingly.

SO ORDERED.

At San Juan, Puerto Rico, on November 8, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge