UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

DATE:     September 27, 2006

DC #:     99-170   (SEC)

USCA #   05-2632

CASE CAPTION:          USA     v.     Vázquez-Rivera
                       Defendant:     Jorge A. Vázquez-Rivera  (3)

SPECIAL COMMENTS:      Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                  VOLUMES:

Docket Entries   253 &   254   (Transcripts)                    I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñíz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:     _____
USCCA #:         _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk